■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN MORRISON, Appellant. [901 NYS2d 896]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Mondo, J.), imposed April 2, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Leventhal and Austin, JJ., concur.